# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DERRICK GLASPER

NO. 2025 KW 1193

**NOVEMBER 20, 2025**

---

In Re:   Derrick Glasper, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge, No.
         DC-23-00066.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

                              **PMc**
                              **HG**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT